UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FLORIDA ACQUISITIONS 1986, LLC,
A Florida limited liability company,        Case No.: 3:16-cv-01191-TJC-JRK

    Plaintiff,

vs.

POMA GLASS AND SPECIALTY
WINDOWS, INC., an Ohio corporation,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF DISMISSAL PREJUDICE

Pursuant to the applicable Federal Rules of Civil Procedure, Plaintiff, FLORIDA ACQUISITIONS 1986, LLC hereby serves this Notice of Dismissal as to Defendant, POMA GLASS AND SPECIALTY WINDOWS, INC.

Dated this 11th day of October, 2016.

    Respectfully submitted,

    **FORD, MILLER & WAINER, P.A.**

    */s/  Alison Blake*
    **ALISON BLAKE, ESQUIRE**
    Florida Bar No. 0584967
    **P. CAMPBELL FORD, ESQUIRE**
    Florida Bar No. 0480495
    1835 N. Third Street
    Jacksonville Beach, Florida 32250
    904-390-1970 (telephone)
    904-390-3975 (facsimile)
    ablake@fordmiller.com
    cford@fordmiller.com
    serviceFMW@fordmiller.com
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY a true copy of the foregoing document is being served on October 11, 2016 via an automatic email generated by the Florida Court E-Filing Portal to: Scott A. McLaren, Esquire and Shane T. Costello, Esquire, at: smclaren@hwhlaw.com, scostello@hwhlaw.com, kathleen.gilbert@hwhlaw.com; joy.rumenik@hwhlaw.com; kelly.fritts@hwhlaw.com

          */s/ Alison Blake*
          **ALISON BLAKE, ESQUIRE**
          Florida Bar No. 0584967