**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FLORIDA ACQUISITIONS 1986, LLC,
A Florida limited liability company,                    Case No.:  3:16-cv-01191-TJC-JRK

      Plaintiff,

vs.

POMA GLASS AND SPECIALTY
WINDOWS, INC., an Ohio corporation,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF DISMISSAL

      Pursuant to the applicable Federal Rules of Civil Procedure, Plaintiff, FLORIDA ACQUISITIONS 1986, LLC hereby serves this Notice of Dismissal as to Defendant, POMA GLASS AND SPECIALTY WINDOWS, INC.

      Dated this 11th day of October, 2016.

                  Respectfully submitted,

                  **FORD, MILLER & WAINER, P.A.**

                  */s/  Alison Blake*
                  **ALISON BLAKE, ESQUIRE**
                  Florida Bar No. 0584967
                  **P. CAMPBELL FORD, ESQUIRE**
                  Florida Bar No. 0480495
                  1835 N. Third Street
                  Jacksonville Beach, Florida 32250
                  904-390-1970 (telephone)
                  904-390-3975 (facsimile)
                  ablake@fordmiller.com
                  cford@fordmiller.com
                  serviceFMW@fordmiller.com
                  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true copy of the foregoing document is being served on October 11, 2016 via an automatic email generated by the Florida Court E-Filing Portal to:  Scott A. McLaren, Esquire and Shane T. Costello, Esquire, at: smclaren@hwhlaw.com, scostello@hwhlaw.com, kathleen.gilbert@hwhlaw.com; joy.rumenik@hwhlaw.com; kelly.fritts@hwhlaw.com

*/s/  Alison Blake*_____

**ALISON BLAKE, ESQUIRE**

Florida Bar No. 0584967