**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FLORIDA ACQUISITIONS 1986,
LLC, A Florida limited liability
company,

     Plaintiff,

v.                                                          Case No. 3:16-cv-1191-J-32JRK

POMA GLASS AND SPECIALTY
WINDOWS, INC., an Ohio
corporation,

     Defendant.

_____

# <u>O R D E R</u>

Upon review of Plaintiff's Notice of Dismissal (Doc. 7), filed on October 11, 2016, this case is dismissed without prejudice.[1] Unless the parties have otherwise agreed, each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of October, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

---

[1] Plaintiff filed two notices of dismissal on October 11, 2016. (Docs. 6 & 7). Neither notice states whether the dismissal shall be with or without prejudice, and therefore the Court dismisses this case without prejudice.

sj
Copies:

Counsel of record